## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**JARED COOK**                                                                    **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 3:15-cv-469 CWR-FKB**

**HINDS COUNTY, MISSISSIPPI BY
AND THROUGH ITS
BOARD OF SUPERVISORS, AND
JOHN AND JANES DOES 1-24**                                **DEFENDANTS**

## AGREED ORDER OF DISMISSAL AND FINAL JUDGMENT

THIS CAUSE has come before the Court on the joint *ore tenus* motion of the parties, by and through their counsel of record, as the parties have announced the mutual desire that this case be dismissed with prejudice. The Court, being fully advised in the premises, finds that the requested motion should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Complaint filed by Jared Cook shall be and is hereby dismissed with prejudice, with each party to bear its own costs. The Court finds there is no just reason for delay and expressly directs entry of a Final Judgment herein, pursuant to Fed. R. Civ. P. 54.

SO ORDERED and ADJUDGED, this the 9th day of December, 2015.

                                                   s/Carlton W. Reeves
                                                   UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

| | |
|---|---|
| */s/   J. Matthew Eichelberger* | */s/ Michelle T. High* |
| J. Matthew Eichelberger | Michelle T. High |
| EICHELBERGER LAW FIRM , PLLC | WYATT, TARRANT & COMBS, LLP |
| Attorneys for the Plaintiff | Attorneys for the Defendants |

61432976